IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00492-ZLW-MJW

HARLAN ALANSO SMITH, a/k/a LONNIE SMITH, an individual,

    Plaintiff,

v.

OFFICEMAX INCORPORATED, a Delaware corporation;
GETTY IMAGES, INC., a Delaware corporation; and
JUPITERIMAGES CORPORATION, a division of JUPITERMEDIA CORPORATION,
a Delaware corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with F.R.Civ.P. 41 and the Stipulation Motion To Dismiss With Prejudice (Doc. # 58) signed by the attorneys for the parties hereto, it is

ORDERED that this action is dismissed with prejudice, each party to pay his or its own costs and fees.

DATED at Denver, Colorado, this __16th__ day of __April__, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court